UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | CIVIL ACTION |
| *Petitioner*, | ) | NO. 24-1281 |
| | ) | |
| | ) | JUDGE DARREL J. PAPILLION |
| -VS- | ) | |
| | ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** | ) | EVA J. DOSSIER |
| **Warden,** | ) | |
| **Correctional Center** | ) | |
| *Respondent*. | ) | |

### PETITIONER'S UNOPPOSED MOTION TO EXTEND DEADLINE

COMES NOW the Petitioner, Ronald St. Cyre, by and through counsel, and respectfully moves to extend the currently 30-day window to reply to the Respondent's Answer to his Petition for Habeas Relief.

The current deadline for this reply memorandum is August 2, 2024.

Mr. St. Cyre needs an additional 30 days to review the record filed by the State and to properly prepare his Answer to this matter. This request is warranted because undersigned counsel was in a serious car accident in early July of this year. She was unable to work for about two weeks.

Undersigned counsel has communicated with opposing counsel about this request, who has indicated through text that he has no opposition to this request.

### CONCLUSION

Wherefore, Mr. St. Cyre respectfully moves this Court to extend his deadline by another thirty days to file his response to the State's Answer.

Respectfully submitted,

/s/ *Emily H. Posner*

1

La. Bar No. 35284<br>
6221 South Claiborne Avenue<br>
Suite 556<br>
New Orleans, Louisiana 70125<br>
(504) 233-4237<br>
ep@emilyposnerlaw.com<br>
<br>
*Counsel for Ronald St. Cyre*