## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | **CIVIL ACTION** |
| *Petitioner*, | ) | **NO. 24-1281** |
| | ) | |
| | ) | **JUDGE DARREL J. PAPILLION** |
| -VS- | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **MARCUS MYERS,** | ) | **EVA J. DOSSIER** |
| **Warden,** | ) | |
| **Correctional Center** | ) | |
| *Respondent*. | | |

## **ORDER**

Considering the Petitioner's Unopposed Motion to Extend Deadlines;

IT IS HEREBY ORDERED that the motion is granted and that she will file a Reply Memorandum Brief on or before September 3, 2024.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
HONORABLE JUDGE MAGISTRATE JUDGE