UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD ST. CYRE,** *Petitioner*, | **CIVIL ACTION** **NO. 24-1281** |
| -VS- | |
| **MARCUS MYERS,** **Warden,** **Correctional Center** *Respondent*. | **SECTION: "P"(3)** |

## ORDER

Considering the Petitioner's Unopposed Motion to Extend Deadlines (Rec. Doc. 18):

**IT IS ORDERED** that the motion is granted and that petitioner may file a Reply Memorandum Brief on or before September 3, 2024.

New Orleans, Louisiana this 5th day of August, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE