UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. SYRE,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-cv-1281** |
| | * | |
| **MARCUS MYERS, WARDEN** | * | **SECTION "P" (3)** |
| **RESPONDENT** | * | |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Marcus Myers, respondent herein, who respectfully requests an additional twenty-one days in which to file its supplemental answer response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A).

In support thereof, the respondent submits:

1. The Court, on September 5, 2024, directed the respondent to file a supplemental answer to St. Cyre's habeas corpus petition by October 5, 2024 (Rec. Doc. 21).

2. Since the Court has issued that order, the undersigned counsel has filed seven substantive pleadings in seven different cases—one answer to an application for post-conviction relief, four appellate briefs and one writ application to the Louisiana First Circuit Court of Appeal, and one federal habeas corpus answer.[1]

3. In light of counsel's present workload and the volume of materials that counsel must review in order to properly respond to the merits of habeas petition, the undersigned submits that there is good cause for a thirty-day extension of time in

---

1  State v. William Lee, 370993 "D" (PCR); State v. Ernest Day, 2024-KA-0503 (appeal brief); State v. Kelton Johnson, 2024-KA-0529 (appeal brief); State v. Stephanie Merritt, 2024-KA-0624 (appeal brief); State v. Alexis Zebley, 2024-KA-0658 (appeal brief); State v. Christopher Brown, 2024-K-0958 (writ application); Jinel Sexton v. Edward Bickham, 24-cv-1506 (federal habeas corpus answer).

      which to answer the habeas corpus petition.

4.      The undersigned has contacted counsel for the petitioner, Emily Posner, and she has indicated that she has no opposition to this motion or the relief requested.

WHEREFORE, Respondent prays that it be granted an additional thirty days, or until November 5, 2024, to file its supplemental answer Ronald St. Syre's *habeas corpus* petition.

      Respectfully submitted,

      /s/ Matthew Caplan
      Matthew Caplan
      La. Bar No. 31650
      Assistant District Attorney
      22nd Judicial District
      Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ Matthew Caplan
      Matthew Caplan
      Assistant District Attorney