UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. SYRE,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-cv-1281** |
| | * | |
| **MARCUS MYERS, WARDEN** | * | **SECTION "P" (3)** |
| **RESPONDENT** | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until November 5, 2024, to file its supplemental answer in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
MAGISTRATE JUDGE