UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. SYRE,** * | | **CIVIL ACTION** |
| **PETITIONER** * | | |
| * | | |
| **VERSUS** * | | **NO. 24-cv-1281** |
| * | | |
| **MARCUS MYERS, WARDEN** * | | **SECTION "P" (3)** |
| **RESPONDENT** * | | |

**ORDER**

Considering Respondent's *Motion for Extension of Time, R. Doc. 22*;

**IT IS HEREBY ORDERED** that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until November 5, 2024, to file its supplemental answer in the above-captioned case.

New Orleans, Louisiana, this  7th  day of October, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE