UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | CIVIL ACTION |
| *Petitioner*, | ) | NO. 24-1281 |
| | ) | |
| | ) | JUDGE DARREL J. PAPILLION |
| -VS- | ) | |
| | ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** | ) | EVA J. DOSSIER |
| **Warden,** | ) | |
| **Correctional Center** | ) | |
| *Respondent*. | ) | |

### PETITIONER'S UNOPPOSED MOTION TO EXTEND DEADLINE

COMES NOW the Petitioner, Ronald St. Cyre, by and through counsel, and respectfully moves to extend the current deadline to file a Reply Memorandum in support of his habeas petition by 14 days.

The current deadline for this reply memorandum is November 25, 2024.

Mr. St. Cyre needs an additional 14 days to review the State Court Record and Answer by the State in order to properly prepare his Reply. In light of the approaching holidays and her current case load, undersigned counsel needs this brief extension in order to properly prepare a response in this case.

Undersigned counsel has communicated with opposing counsel about this request, who has indicated through text that he has no opposition to this request.

### CONCLUSION

Wherefore, Mr. St. Cyre respectfully moves this Court to extend his deadline by another 14 days to file his Reply Memorandum.

Respectfully submitted,

/s/ *Emily H. Posner*

1

                        La. Bar No. 35284
                        4930 Washington Suite DNew Orleans, Louisiana 70125
                        (504) 233-4237
                        ep@emilyposnerlaw.com

                        *Counsel for Ronald St. Cyre*