UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | CIVIL ACTION |
| *Petitioner*, | ) | NO. 24-1281 |
| | ) | |
| | ) | JUDGE DARREL J. PAPILLION |
| -VS- | ) | |
| | ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** | ) | EVA J. DOSSIER |
| **Warden,** | ) | |
| **Correctional Center** | ) | |
| *Respondent*. | | |

## ORDER

Considering the Petitioner's Unopposed Motion to Extend Deadlines;

IT IS HEREBY ORDERED that the motion is granted and that Petitioner will file a Reply Memorandum Brief on or before December 23, 2024.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
HONORABLE JUDGE MAGISTRATE JUDGE