# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD ST. CYRE,** ) | CIVIL ACTION |
| *Petitioner*, ) | NO. 24-1281 |
| ) | |
| ) | JUDGE DARREL J. PAPILLION |
| -VS- ) | |
| ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** ) | EVA J. DOSSIER |
| **Warden,** ) | |
| **Correctional Center** ) | |
| *Respondent*. | |

## ORDER

Considering the Petitioner's Unopposed Motion to Extend Deadlines (Rec. Doc. 28);

**IT IS HEREBY ORDERED** that the motion is granted and that Petitioner file a Reply Memorandum Brief on or before December 23, 2024.

New Orleans, Louisiana this 10th day of December, 2024.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE