UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | CIVIL ACTION |
| *Petitioner*, | ) | NO. 24-1281 |
| | ) | |
| | ) | JUDGE DARREL J. PAPILLION |
| -VS- | ) | |
| | ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** | ) | EVA J. DOSSIER |
| **Warden,** | ) | |
| **Correctional Center** | ) | |
| *Respondent.* | ) | |

### PETITIONER'S UNOPPOSED MOTION TO EXTEND DEADLINE

COMES NOW the Petitioner, Ronald St. Cyre, by and through counsel, and respectfully moves to extend the current deadline to file a Reply Memorandum in support of his habeas petition by 7 days.

The current deadline for this reply memorandum is December 23, 2024.

Mr. St. Cyre needs an additional 7 days to review the State's Supplemental Response to the Petition for Habeas Corpus Relief in order to properly prepare his Reply. Undersigned counsel was sick this past weekend. In addition, in light of the approaching holidays and her current caseload, undersigned counsel needs this brief extension in order to properly prepare a response in this case.

Undersigned counsel has communicated with opposing counsel about this request, who has indicatedt that he has no opposition.

### CONCLUSION

Wherefore, Mr. St. Cyre respectfully moves this Court to extend his deadline by another 7 days to file his Reply Memorandum.

Respectfully submitted,

1

/s/ *Emily H. Posner*

La. Bar No. 35284
4930 Washington Suite D
New Orleans, Louisiana 70125
(504) 233-4237
ep@emilyposnerlaw.com

*Counsel for Ronald St. Cyre*