UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | CIVIL ACTION |
| *Petitioner*, | ) | NO. 24-1281 |
| | ) | |
| | ) | JUDGE DARREL J. PAPILLION |
| -VS- | ) | |
| | ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** | ) | EVA J. DOSSIER |
| **Warden,** | ) | |
| **Correctional Center** | ) | |
| *Respondent.* | | |

## ORDER

Considering the Petitioner's Unopposed Motion to Extend Deadlines (R. Doc. 36);

IT IS HEREBY ORDERED that the motion is GRANTED, and Petitioner's deadline to file written objections is extended to February 12, 2025.

New Orleans, Louisiana this 30th day of January 2025.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE