UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | CIVIL ACTION |
| *Petitioner*, | ) | NO. 24-1281 |
| | ) | |
| | ) | JUDGE DARREL J. PAPILLION |
| -VS- | ) | |
| | ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** | ) | EVA J. DOSSIER |
| Warden, | ) | |
| Correctional Center | ) | |
| *Respondent.* | ) | |

## **PETITIONER'S UNOPPOSED MOTION TO EXTEND DEADLINE**

COMES NOW the Petitioner, Ronald St. Cyre, by and through counsel, and respectfully moves without opposition to extend the current deadline to file Written Objections in support of his habeas petition by 14 days.

The current deadline for this reply memorandum is February 12, 2025. Mr. St. Cyre needs an additional 14 days to review the Magistrate's Report and Recommendation in order to properly prepare his written objection. In light of her current caseload, and other medical issues in her family, undersigned counsel needs this brief extension in order to properly prepare Written Objections in this case.

Undersigned counsel has communicated with opposing counsel about this request, who has indicated that he has no opposition.

### CONCLUSION

Wherefore, Mr. St. Cyre respectfully moves this Court to extend his deadline by another 14 days to file his Written Objections.

Respectfully submitted,

/s/ *Emily H. Posner*

1

La. Bar No. 35284
4930 Washington Suite DNew Orleans,
Louisiana 70125
(504) 233-4237
ep@emilyposnerlaw.com

*Counsel for Ronald St. Cyre*