UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD ST. CYRE,**   *Petitioner*, | ) CIVIL ACTION<br>) NO. 24-1281<br>)<br>) JUDGE DARREL J. PAPILLION |
| **-VS-** | )<br>) MAGISTRATE JUDGE |
| **MARCUS MYERS,** Warden, Correctional Center   *Respondent*. | ) EVA J. DOSSIER<br>)<br>)<br>) |

**PETITIONER'S UNOPPOSED MOTION TO EXTEND DEADLINE**

COMES NOW the Petitioner, Ronald St. Cyre, by and through counsel, and respectfully moves to extend the current deadline to file Written Objections in support of his habeas petition by 14 days.

The current deadline for this reply memorandum is February 26, 2025. Mr. St. Cyre needs an additional 14 days to review the Magistrate's Report and Recommendation in order to properly prepare his written objection. Undersigned counsel has had several unexpected deadlines occur in the last several weeks for other matters on her docket. In light of her current caseload, undersigned counsel needs this brief extension in order to properly prepare Written Objections in this case.

Undersigned counsel has communicated with opposing counsel about this request, who has indicated that he has no opposition.

**CONCLUSION**

Wherefore, Mr. St. Cyre respectfully moves this Court to extend his deadline by another 14 days to file his Written Objections. The new deadline for this matter will be March 12, 2025.

       Respectfully submitted,

       <u>/s/ *Emily H. Posner*</u>

       La. Bar No. 35284
       4930 Washington Suite D
       New Orleans, Louisiana 70125
       (504) 233-4237
       ep@emilyposnerlaw.com

       *Counsel for Ronald St. Cyre*