**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | **CIVIL ACTION** |
| *Petitioner*, | ) | **NO. 24-1281** |
| | ) | |
| | ) | **JUDGE DARREL J. PAPILLION** |
| **-VS-** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| **MARCUS MYERS,** | ) | **EVA J. DOSSIER** |
| **Warden,** | ) | |
| **Correctional Center** | ) | |
| *Respondent*. | | |

<u>**ORDER**</u>

Considering the Petitioner's Unopposed Motion to Extend Deadlines (R. Doc. 40),

IT IS HEREBY ORDERED that the motion is granted and that Petitioner shall

file Written Objections on or before March 12, 2025.

New Orleans, Louisiana, this 27th day of February 2025.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE