UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD ST. CYRE,** | ) | CIVIL ACTION |
| *Petitioner*, | ) | NO. 24-1281 |
| | ) | |
| | ) | JUDGE DARREL J. PAPILLION |
| -VS- | ) | |
| | ) | MAGISTRATE JUDGE |
| **MARCUS MYERS,** | ) | EVA J. DOSSIER |
| Warden, | ) | |
| Correctional Center | ) | |
| *Respondent*. | ) | |

## **PETITIONER'S UNOPPOSED MOTION TO EXTEND DEADLINE**

COMES NOW the Petitioner, Ronald St. Cyre, by and through counsel, and respectfully moves to extend the current deadline to file Written Objections in support of his habeas petition by two days.

The current deadline for this reply memorandum is March 12, 2025. Mr. St. Cyre's undersigned counsel needs an additional two days to review the Magistrate's Report and Recommendation because of a minor back injury she recently incurred.

Undersigned counsel has communicated with opposing counsel about this request, who has indicated that he has no opposition.

### CONCLUSION

Wherefore, Mr. St. Cyre respectfully moves this Court to extend his deadline by another two days to file his Written Objections.

Respectfully submitted,

/s/ *Emily H. Posner*

La. Bar No. 35284
4930 Washington, Suite D
New Orleans, Louisiana 70125

1

(504) 233-4237
ep@emilyposnerlaw.com

*Counsel for Ronald St. Cyre*